*David C. Harrison,* with him *Kramer, Harrison and Burnstein,* for appellants.

*Max W. Gibbs,* with him *Sand, Gibbs & Smilk,* for appellee.

OPINION PER CURIAM, July 2, 1970:
Order affirmed.

Giannetti, Appellant, *v.* Lower Bucks County Joint Municipal Authority.

Argued May 6, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Michael Brodie,* with him *Harry Lore,* and *Dorfman, Pechner, Sacks & Dorfman,* for appellant.

*Frederick E. Smith,* with him *Smith & Toner,* for appellees.

OPINION PER CURIAM, July 2, 1970:
Judgment affirmed.
Mr. Justice EAGEN and Mr. Justice ROBERTS dissent.

## Mishkin, Appellant, *v.* Temple Beth El of Lancaster.

Argued April 28, 1970.   Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Daniel H. Shertzer,* for appellant.

*John W. Beyer,* with him *Louis Weisman,* and *Arnold, Brickler, Beyer & Barnes,* for appellee.

OPINION PER CURIAM, July 2, 1970:
Decree affirmed.   Each party to pay own costs.

## Commonwealth *v.* Cephas, Appellant.

Submitted January 8, 1970.   Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.